UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAYMOND PHELPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02087-LJO-BAM (PC)<br><br>ORDER DISREGARDING SUPPLEMENT TO OBJECTIONS TO FINDING AND RECOMMENDATIONS  (ECF No. 15)<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE |

　　　　Plaintiff Mark Phelps ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was removed from the Kern County Superior Court on December 19, 2013.  On August 13, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion to remand this action be denied.  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one days.  (ECF No. 10.)  On September 5, 2014, Plaintiff filed his objections to the Findings and Recommendations.  (ECF No. 12.)  On September 23, 2014, following consideration of Plaintiff's objections, the undersigned adopted the Findings and Recommendations in full and denied Plaintiff's motion to remand.  (ECF No. 13.)  On September 29, 2014, Plaintiff filed a supplement to his objections to the Magistrate Judge's Findings and Recommendations.  (ECF No. 15.)  Plaintiff's

1  supplement is untimely and unrelated to the merits of the motion for remand.  Accordingly, the
2  supplement shall be disregarded.
3  　　　Further, a review of court records reveals that this action is duplicative of case number 1:13-
4  cv-00309-LJO-MJS, which was filed on March 4, 2013.  Both actions allege that defendants violated
5  the Eighth and Fourteenth Amendments to the United States Constitution.  As the complaints are
6  alleging the same facts against the same defendants, this case, as the later-filed one, shall be dismissed
7  as duplicative.
8  　　　Accordingly, for the reasons stated, IT IS HEREBY ORDERED as follows:
9  　　　1. Plaintiff's supplement to objections to the Magistrate Judge's Findings and
10 　　　　　Recommendations is DISREGARDED; and
11 　　　2. This action is DIMSISSED as duplicative.

IT IS SO ORDERED.

　　Dated:   **October 14, 2014**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2