# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAYMOND PHELPS, | Case No. 1:13-cv-02087-LJO-BAM (PC) |
| Plaintiff, | Appeal No. 14-17071 |
| v. | ORDER GRANTING MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT |
| MATTHEW CATE, et al., | |
| Defendants. | |
| | (ECF No. 20) |

Plaintiff Mark Raymond Phelps is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The action was removed to this Court on December 19, 2013. (ECF No. 1.) Following the Court's denial of Plaintiff's motion to remand, this action was dismissed as duplicative of Case Number 1:13-cv-00309-LJO-MJS on October 14, 2014. Plaintiff's appeal is currently pending before the United States Court of Appeals for the Ninth Circuit.

Pursuant to Circuit Rule 30-3, prisoners proceeding pro se are entitled to excerpts of record upon request to the district court, and Plaintiff filed a motion seeking excerpts of the record on October 20, 2014.

Accordingly, pursuant to Circuit Rules 30-3 and 17-1.4, it is HEREBY ORDERED that:

1. Plaintiff's motion for excerpts of record, filed on October 20, 2014, is GRANTED;

///

2. The Clerk's Office shall provide Plaintiff with a copy of the docket and copies of the following docket numbers: 1, 5, 6, 7, 8, 10, 12, 13, 14, 15, 16 and 17[1]; and

3. The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated: **October 22, 2014**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Notice of Removal (#1), motion/request for immediate remand to state court (#5), notice consent to removal (#6), opposition to motion/request for immediate remand (#7), reply (#8), findings and recommendations regarding motion/request for immediate remand (#10), objections to findings and recommendations (#12), order adopting findings and recommendations (#13), amended document (#14), supplement to objections (#15), and dismissal order and judgment (#16, #17).