UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAYMOND PHELPS,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-02087-LJO-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(ECF No. 19) |

Plaintiff Mark Phelps ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 14, 2014, the Court dismissed this action and judgment was entered.  (ECF Nos. 16, 17.)  On October 20, 2014, Plaintiff filed a notice of appeal, along with a motion to proceed in forma pauperis on appeal.  (ECF Nos. 18, 19.)  On February 27, 2015, the United States Court of Appeals of the Ninth Circuit denied Plaintiff's motion to proceed in forma pauperis on appeal based on a finding that the appeal is frivolous.  (ECF No. 27.)  As the Ninth Circuit has addressed Plaintiff's motion to proceed in forma pauperis on appeal, Plaintiff's motion filed in this Court on October 20, 2014, HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **March 2, 2015**               /s/ *Barbara A. McAuliffe*          
                                         UNITED STATES MAGISTRATE JUDGE